IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BERNELL SIMMONS                                                                           PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:04cv548WSu

SUN LIFE OF CANADA                                              DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing, and the Court being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be litigated by or between the parties nor adjudicated or determined by the Court, it is

ORDERED AND ADJUDGED that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 27th day of February, 2006.

                                                 s/ HENRY T. WINGATE
                                                 CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

  s/John Gordon Roach, Jr.
Attorney for Plaintiff

  s/Ford Bailey
Attorney for Defendant

C:\Doc\ORDERS\simmons dismissal.wpd